AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| NEW LEAF INNOVATIONS, INC., a California corporation<br><br>*Plaintiff(s)*<br>v.<br>NEW LEAF LABS, LLC, a California limited liability company; NOTPOPULAR, LLC, a California limited liability company; and DOES 1 through 10, Inclusive<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New Leaf Labs, LLC          Notpopular, LLC
                                     1255 W. Colton Avenue, #523  1255 W. Colton Avenue, #523
                                     Redlands, California         Redlands, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Adams/Rutan & Tucker, LLP
                                        611 Anton Blvd., Suite 1400
                                        Costa Mesa, CA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*